# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138155

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

WAAD F. SEBA,
      Plaintiff-Appellant,

v

SC: 138155
COA: 278911
Oakland CC: 2006-073839-CK

LAWYER'S TITLE INSURANCE
CORPORATION, TRI-COUNTY TITLE
AGENCY, INC.,
      Defendants-Appellees,

and

LEO GILHOOL,
      Defendant,

and

DATATRACE INFO SERVICES COMPANY,
INC.,
      Third-Party Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518